IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREGORY SIDDI, et al.                                          PLAINTIFFS

          v.              Civil No. 05-5170

OZARK AIRCRAFT SYSTEMS, LLC,
et al.                                                         DEFENDANTS


MHAMDI BEN AHMED                                               PLAINTIFF

          v.              Civil No. 05-5206

OZARK AIRCRAFT SYSTEMS, LLC,
et al.                                                         DEFENDANTS


**ORDER**

NOW on this 2nd day of June, 2006, the above referenced matter comes on for this Court's consideration of **Plaintiffs' Motion for Protective Order Regarding Discovery Required for Response to Defendant ILFC's Motion to Dismiss** (document #24) and defendants' **Motion to Strike Plaintiffs' Reply to Response in Opposition to Motion for Protective Order** (document #27). The Court, having reviewed the pleadings of the parties, and having held a telephone conference call with counsel for all parties on May 31, 2006, finds and orders as follows:

1. For the reasons given during the telephone conference call, **Plaintiffs' Motion for Protective Order Regarding Discovery Required for Response to Defendant ILFC's Motion to Dismiss**

(document #24), which will be treated by the Court as an out of time motion to extend time, should be, and it hereby is, **DENIED**.

2. Based upon the representation by the parties that a confidentiality agreement has been executed, defendant ILFC is ordered to immediately provide to the plaintiff a copy of the lease agreement between ILFC and Flash Airlines.

3. The plaintiffs are allowed until June 9, 2006 within which to respond to ILFC's motion to dismiss (document #19).

4. Defendants' **Motion to Strike Plaintiffs' Reply to Response in Opposition to Motion for Protective Order** (document #27) should be, and it hereby is, **DENIED**.

5. Finally, the parties are cautioned that time deadlines applicable to this case should, in the future, be strictly observed.

IT IS SO ORDERED.

<u>S/JIMM LARRY HENDREN</u>
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE