IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| GREGORY SIDDI, JEROME SIDDI and FREDERIC SIDDI, individually, and as co-personal representatives, heirs at law, and successors in interest to the estate of ERNEST SIDDI, deceased,<br><br>                              Plaintiffs,<br><br>OZARK AIRCRAFT SYSTEMS, L.L.C., a limited liability company, TY L. COPELAND, NED ROY BATCHELOR, ANDREW JAMES ELLZEY, TODD HAMILTON WHITE,<br><br>                              Defendants. | Case No.: 5:05-cv-05170 |

**AGREED PROPOSED ORDER**

Based upon the agreement of the parties and the representations made by Counsel to the Court during the status conference held January 4, 2007 at 11am CST:

IT IS HEREBY ORDERED:

The above cause is dismissed without prejudice. Under applicable laws, plaintiff may have the right to re-file in accordance with such law.

IT IS SO ORDERED this 4th day of January, 2007.

                                                      /S/JIMM LARRY HENDREN
                                                      JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT JUDGE